**Rod Danielson, Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| IN RE:<br><br>**ROBERT F. LOPEZ**<br>**MARILYN M. LOPEZ** | Case No.:  6:20-bk-17633-SY<br><br>**NOTICE OF MOTION AND VERIFIED MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (UNREASONABLE DELAY)** |

The Trustee hereby moves this court for its order dismissing the case due to unreasonable delay by the debtor that is prejudicial to creditors.  It is in the best interest of creditors and the estate that the case be dismissed. 11 U.S.C. 1307(c)(1).  The specific facts supporting this request are:

Debtors have made no plan payments since October 31, 2024. The case pay-off amount is $2,334.00, and it appears debtors have abandoned their case.

This motion may be granted without a hearing pursuant to Local Bankruptcy Rule 9013-1(7)(a).  Any party in interest who wishes to oppose the motion must obtain a hearing date from the Clerk of the Court and must file and serve his opposition papers and notice of hearing on the Trustee within fourteen (14) days of the date of service hereof.  Failure to comply with these provisions will result in

I declare under penalty of perjury that I am the duly appointed qualified and acting Chapter 13 Trustee and that the foregoing is true and correct.

Executed at Riverside, California on 02/06/2025            /s/ Rod Danielson
                                                                                              Signature

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 02/06/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail

**BEN@HESTONLAW.COM**

I declare under penalty of perjury that I am employed by Rod Danielson, Trustee; I am a citizen or legal resident of the U.S.; I am over the age of 18 years and not a party of the above action, and that on **02/06/2025**, I mailed copies of this document to:

ROBERT F. LOPEZ, MARILYN M. LOPEZ, 4375 FLINT STREET, CORONA, CA  92883

Executed at Riverside, California on 02/06/2025            /s/ Rod Danielson
                                                                                              Signature